# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

| | | |
|---|---|---|
| GREGORY SWAFFORD, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | | _____ |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| Defendant. | ) | |
| | ) | |
| | ) ) ) ) | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Experian Information Solutions, Inc. (Experian) removes the above captioned matter from the Baton Rouge City Court, Small Claims Division, to the United States District Court for the Middle District of Louisiana, Baton Rouge Division. Removal is proper because the suit arises under the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681x (FCRA). In support of this Notice of Removal, Experian respectfully shows the Court the following:

## NATURE OF THE CASE

1. Plaintiff filed his Complaint in the Baton Rouge City Court, Small Claims Division, Case No. 18-05603-E (the State Court Action).

2. Plaintiff named Experian as a defendant in the State Court Action.

3. True copies of Plaintiff's Summons and Complaint in the State Court Action are attached hereto as Exhibit A.

4. Plaintiff's claims arise under the FCRA. *See* Pl.'s Statement of Claim ("Section 611 of the Fair Credit Reporting Act (FCRA) details the procedures and rules for disputes.").

## REQUIREMENTS FOR REMOVAL

5. Plaintiff filed his Complaint on August 3, 2018. *Id.*

6. Service of the Summons and Complaint was purportedly made on Experian on August 13, 2018. *See CT Corporation, Service of Process Transmittal* ("DATE AND HOUR OF SERVICE: By Process Server on 08/13/2018 at 11:30"), attached hereto as Ex. B.

7. Pursuant to 28 U.S.C. § 1446(b)(1) and (2), a Notice of Removal is timely if it is filed within thirty (30) days after receipt of service of Plaintiff's Complaint by Defendant.

8. Therefore, this Notice of Removal is timely because it is being filed within thirty days after purported service of the Summonses and Complaint was

effectuated on August 13, 2018.  *See CT Corporation, Service of Process Transmittal* ("DATE AND HOUR OF SERVICE: By Process Server on 08/13/2018 at 11:30").

9. Venue is proper under 28 U.S.C. § 1441(a).

10. The Baton Rouge City Court, Small Claims Division, the court in which the State Court Action was pending, is located within the jurisdiction of the United States District Court for the Middle District of Louisiana, Baton Rouge Division.  *See* 28 U.S.C. § 98.

11. Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action will be served on Plaintiff, who appears *pro se*, and a notice of removal will be filed promptly with the Clerk of the Baton Rouge City Court, Small Claims Division.

12. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of "all process, pleadings, and orders" served upon Experian in the State Court Action, which presently consists of only the Civil Cover Sheet, and the Summonses and Complaint, including all exhibits thereto, are attached hereto as Exhibit A.

13. Defendant's time to answer the Complaint has not yet elapsed.  *See* Ex. A.

14. Experian is the only defendant named in this action and thus does not need the express consent of any co-defendant.  *See* Ex. A.

## **STATUTORY BASIS FOR FEDERAL JURISDICTION**

15.     Removal of this action is proper under 28 U.S.C. § 1441.

16.     The Court has original jurisdiction pursuant to 28 U.S.C. § 1331 over the claims Plaintiff has asserted under the FCRA because such claims arise under the laws of the United States.  *See* 28 U.S.C. § 1441, 28 U.S.C. § 1331.

## **CONCLUSION**

For the foregoing reasons, removal is proper, and this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Dated:  August 22, 2018              Respectfully submitted,

                                     MCMICHAEL, MEDLIN, D'ANNA
                                     WEDGEWORTH & LAFARGUE, L.L.C.

                                     By:/*s/* James C. McMichael, Jr.
                                        James C. McMichael, Jr., LA Bar #10443

                                     400 Texas Street, Suite 1150 (71101)
                                     Post Office Box 72
                                     Shreveport, LA 71161-0072
                                     Telephone: (318) 221-1004
                                     Facsimile: (318) 221-0008

                                     *An Attorney for Defendant*
                                     *Experian Information Solutions, Inc.*

- 5 -

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal was served by regular mail on August 22, 2018 to the following:

Plaintiff Gregory Swafford
4734 Franklin Avenue
New Orleans, LA  70122

                      MCMICHAEL, MEDLIN, D'ANNA
                      WEDGEWORTH & LAFARGUE, L.L.C.

                      By:/*s/* James C. McMichael, Jr.
                         James C. McMichael, Jr., LA Bar #10443

                      400 Texas Street, Suite 1150 (71101)
                      Post Office Box 72
                      Shreveport, LA 71161-0072
                      Telephone: (318) 221-1004
                      Facsimile: (318) 221-0008

                      *An Attorney for Defendant*
                      *Experian Information Solutions, Inc.*