EXHIBIT A

***ALL SHADED AREAS
MUST BE COMPLETED

**BATON ROUGE CITY COURT**
**SMALL CLAIMS DIVISION**
233 St. Louis St.
P. O. Box 3438
Baton Rouge, LA 70821
(225) 389-3017

# STATEMENT OF CLAIM AND CITATION
R.S. 13:5200 et seq.

SUIT NUMBER: _18-05603-E_

| PLAINTIFF | VERSUS | DEFENDANT |
|---|---|---|

Experian Information Solutions, Inc.
FULL NAME OF PARTY BEING SUED

(By signing this petition, I verify that I have read and understand the Court's publication: "How to Use the Small Claims Division.")

★

Gregory Swafford
FULL NAME OF SUING PARTY

NAME OF OWNER IF SUING A COMPANY

3867 Plaza Towers Drive
STREET ADDRESS OF DEFENDANT

DAYTIME PHONE

Baton Rouge, Louisiana 70816
CITY, STATE, ZIP CODE          DAYTIME PHONE

STREET ADDRESS OF PLAINTIFF

OTHER ADDRESS FOR DEFENDANT

New Orleans, Louisiana 70122
CITY, STATE, ZIP CODE

CITY, STATE, ZIP CODE

**PLAINTIFF CLAIMS THE FOLLOWING RELIEF FROM THE DEFENDANT** (Short Statement of Plaintiff's claim and reasons.) If claim is for money, state the date and manner in which indebtedness arose. If claim is for movable property, give description, location, and value. Attach copies of any written supporting documents.

Amount sued for $ 5,000.00 _____ plus legal interest and court costs.

I am requesting that this matter be heard by:
(Check One)  ☐ Arbitrator  ☐ Judge

Section 611 of the Fair Credit Reporting Act (FCRA) details the procedures and rules for disputes. The Credit Reporting Agency (CRA) has 30 days to conduct a reasonable re-investigate of your dispute. Sec 611(a)(1)(A and B). All information that the CRA receives during the re-investigation period is to be provided to the furnisher. Sec 611(a)(2)(B). The CRA is to consider all information that is provided by the consumer. Sec 611(a)(4). If the item in dispute is found to be inaccurate or incomplete or cannot be verified, the CRA is to promptly delete or correct the information based on their findings. The CRA is also required to notify the furnisher of the information on what was changed on the file. Sec 611(a)(5)(A).

On May 21, 2018, I notified Experian and disputed two bankruptcies reporting on my credit report. I requested an investigation and verification of the information in the report. On June 5, 2018 Experian submitted the results of their investigation and stated that the matter had been investigated and came back "verified". They went on to state that the verification had been performed

*(If additional space is needed, complete Attachment – Page 8)*

**NOTICE TO ALL PARTIES:** During the pendency of this lawsuit, the Court will contact you at the above address and phone number that you have provided. If either address or phone number should change, you must notify the Court immediately. Your case may be decided by an Arbitrator, who is a licensed attorney, appointed by the Judge. If so appointed, and the parties agree to be bound by his arbitration, his decision will be final and binding. **Citation continued on back.**

_Gregory Swafford_
SIGNATURE OF PLAINTIFF

LSBA # 22165

If there is an attachment, check here. ☑

**PLEASE SERVE DEFENDANT/AGENT:**
CT CORPORATION SYSTEM
At: 3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Civil – Statement of Claim & Citation (Interactive Packet-WORD) 09-23-14

**FILED:** _Aug 3, 2018_

Deputy Clerk: _S/ Melanie Whitten_

A True Copy: _Aug 10, 2018_

Deputy Clerk: _Michelle Morgan 150694_

DEFENDANT'S COPY

(Page 3)

CITATION – PAGE 2
La.R.S. 13:5204(b)

**BATON ROUGE CITY COURT**
**SMALL CLAIMS DIVISION**
233 St. Louis St.
P. O. Box 3438
Baton Rouge, LA  70821
(225) 389-3017

**\* \* \* ATTENTION \* \* \***

This lawsuit is filed in the Small Claims Division.

The ordinary rules of evidence do not apply in the Small Claims Division.

If you lose in the Small Claims Division, you have no right to appeal the Court's decision.

Your matter will be tried before a Judge, unless both parties request in writing that the matter be heard before an arbitrator.  This preference can be made on the first page of the Claim or Answer, whichever applies, in the designated box.  The preference for arbitration must be filed with the Clerk of the Small Claims Division no later than ten days from the date on which you receive this notice.  Copies of the written preference should be sent to all other parties in this matter.

You may have this case transferred to the regular Civil docket.  To do so, you must file a written notice of that intent to transfer with the Clerk of the Small Claims Division within ten (10) days, including weekends, of receiving this notice, and pay a transfer fee of $50.00.

If you are unsure of what to do, you should talk with an attorney about it immediately.

If you want to contest this claim, you must decide whether or not you want the case to remain in the Small Claims Division.  The advantages of the Small Claims Division are that trial procedures are not strictly enforced and the formal rules of evidence do not apply.  The disadvantage is that there is no appeal from the decision upon the case.  You do not need a lawyer, but if you wish to retain one, you may do so.  Corporations, partnerships and other legal entities may defend themselves through a duly authorized partner, shareholder, officer or employee on any claim not exceeding $5,000.00, if the basis of the suit involves an open account or promissory note.  In all other such cases, an attorney is required to represent these entities.

If you decide to contest this claim in the Small Claims Division, you must contact the Clerk of the Small Claims Division in writing within ten (10) days, including weekends, of receiving this notice.  **(Note:  If you are a defendant, served through the Secretary of State, and wish to contest this claim, you must contact the Clerk of the Small Claims Division in writing within fifteen (15) days, including weekends, of receiving this notice.  If you are a defendant, served via long-arm, and wish to contest this claim, you must contact the Clerk of the Small Claims Division in writing within thirty (30) days, including weekends, of receiving this notice).** To do so, use the form which is provided entitled "Defendant's Answer."

If you plan to file a reconventional demand (counterclaim) against the Plaintiff in an amount exceeding $5,000.00, you must have the case transferred to the regular Civil Docket and pay the appropriate fee.

***ALL SHADED AREAS
   MUST BE COMPLETED.

**BATON ROUGE CITY COURT**
**SMALL CLAIMS DIVISION**
233 St. Louis St.
P. O. Box 3438
Baton Rouge, LA  70821
(225) 389-3017

# * * * DEFENDANT'S ANSWER * * *
R.S. 13:5200 et seq.

SUIT NUMBER: _18-05603-E_

| PLAINTIFF | VERSUS | DEFENDANT |
|---|---|---|

(By signing this petition, I verify that I have read and understand the Court's publication "How to Use the Small Claims Division.")

★

Experian Information Solutions, Inc.
FULL NAME OF PARTY BEING SUED

Gregory Swafford
FULL NAME OF SUING PARTY

★

NAME OF OWNER IF SUING A COMPANY

DAYTIME PHONE

★

3867 Plaza Towers Drive
STREET ADDRESS OF DEFENDANT

STREET ADDRESS OF PLAINTIFF

★

Baton Rouge, Louisiana 70816
CITY, STATE, ZIP CODE          DAYTIME PHONE

New Orleans, Louisiana 70122
CITY, STATE, ZIP CODE

★

OTHER ADDRESS FOR DEFENDANT

★

CITY, STATE, ZIP CODE

THIS FORM MAY BE USED TO NOTIFY THE SMALL CLAIMS COURT WHETHER OR NOT YOU INTEND TO CONTEST THE PLAINTIFF'S CLAIM.  CHECK THE STATEMENT BELOW THAT APPLIES.

_____ 1. I do not owe the Plaintiff any part of what he/she claims; or

_____ 2. I owe the Plaintiff only part of what he/she claims; or

| I am requesting that this matter be heard by: (Check One) ☐ Arbitrator ☐ Judge |
|---|

_____ 3. I owe the Plaintiff what he/she claims, and waive any further appearance and/or delays and consent to judgment against me in the amount sought.

_____

_____

_____

_____

_____

**FILL IN THIS SECTION COMPLETELY**

DATE: _____        SIGNATURE: _____

PHONE NUMBER: _____   ADDRESS: _____

**I HEREBY CERTIFY** that the above and foregoing Answer has been served upon the opposing party by mailing a copy, first class postage pre-paid, addressed to:

_____

_____

On this _____ day of _____, 20_____.

Signed _____

*** NOTICE TO ALL PARTIES.  During the pendency of this lawsuit, the Court will contact you at the address and phone number you have indicated.  If either address or phone number should change, please notify the Court immediately.

**PLEASE SERVE PLAINTIFF:**

_____

At: _____

_____

Civil – Statement of Claim & Citation (Interactive Packet-WORD) 09-23-14

**BATON ROUGE CITY COURT**

(Page 6)

**SMALL CLAIMS DIVISION**
233 St. Louis Street
P. O. Box 3438
Baton Rouge, LA  70821
225-389-3017

_____          SUIT NUMBER  _____
                    PLAINTIFF

VERSUS

_____
                    DEFENDANT

## * * * RECONVENTIONAL DEMAND * * *

WHETHER OR NOT YOU BELIEVE YOU OWE THE PLAINTIFF ANYTHING, YOU MAY HAVE A CLAIM OF YOUR OWN AGAINST THE PLAINTIFF. YOU MAY RAISE YOUR CLAIM AS PART OF THIS CASE AND HAVE IT DECIDED AT THE SAME TIME. IF YOUR CLAIM IS FOR AN AMOUNT OVER THE JURISDICTION OF THE SMALL CLAIMS COURT ($5,000.00), YOU MUST SUBMIT A NOTARIZED AFFIDAVIT (SWORN STATEMENT OF THAT CLAIM) AND HAVE THE CASE TRANSFERRED TO THE REGULAR DOCKET OF CITY COURT. CONTACT THE CLERK OF COURT REGARDING COURT COST DEPOSITS AND FOR OTHER INFORMATION.

PLAINTIFF OWES ME $_____ FOR THE FOLLOWING REASON(S):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**FILL IN THIS SECTION COMPLETELY**

DATE: _____          SIGNATURE: _____

PHONE NUMBER: _____          ADDRESS: _____

**I HEREBY CERTIFY** that the above and foregoing Reconventional Demand has been served upon the opposing party by mailing a copy, first class postage pre-paid, addressed to:

_____
_____

On this _____ day of _____, 20_____.

Signed _____

*** NOTICE TO ALL PARTIES.  During the pendency of this lawsuit, the Court will contact you at the address and phone number you have indicated.  If either address or phone number should change, please notify the Court immediately.

**PLEASE SERVE PLAINTIFF:**

_____

At: _____

_____

***ALL SHADED AREAS
MUST BE COMPLETED

**BATON ROUGE CITY COURT**
**SMALL CLAIMS DIVISION**
**233 St. Louis St.**
**P. O. Box 3438**
**Baton Rouge, LA 70821**
**(225) 389-3017**

# STATEMENT OF CLAIM AND CITATION (ATTACHMENT)
R.S. 13:5200 et seq.

SUIT NUMBER: _____

| PLAINTIFF | VERSUS | DEFENDANT |
|---|---|---|

★

Experian Information Solutions, Inc.
FULL NAME OF PARTY BEING SUED

(By signing this petition, I verify that I have read and understand the
Court's publication, "How to Use the Small Claims Division.")

★

Gregory Swafford
FULL NAME OF SUING PARTY

★

NAME OF OWNER IF SUING A COMPANY

★

by a third party company," resller". A reseller is a third party that provides credit reports to businesses and consumers - they are not the CRA's themselves. LexisNexis is the resller providing "public record" information to the three main CRAs.

Prior to initiating the dispute, a security freeze was placed on all information contained in my LexisNexis files. LexisNexis is the repository and "reseller" of information and data pertaining to "public records". That security freeze became effective on May 15, 2018. At the time of the investigation and purported verification, the security freeze was in place and prevented the verification of any public records which may have existed. After receiving the verification from Experian, I contacted LexisNexis to inquire whether any request had been made for information in my LexisNexis files and if so, who were the recipients of the information. I was informed by LexisNexis that according to federal and state law, as long as the security freeze remained in effect, no information from my files pertaining to public records would be accessible. The public records were incapable of verification and therefore should have deleted from my report. I have written Experian on two separate occasions and provided them with the security freeze information as well as the letter from the bankruptcy court for the Eastern District of Louisiana. The bankruptcy court has advised that they do not provide or "verify" any information to credit reporting agencies. Nonetheless, Experian has continued to assert verification of the record through LexisNexis and has engaged in willful noncompliance by refusing to delete the items from the credit report. They have also refused to comply with Sec 611(a)(1)(A and B) which requires that they provide me with their "method of verification".

_Gregory Swafford_
SIGNATURE OF PLAINTIFF
LSBA# 22165

**PLEASE SERVE DEFENDANT/AGENT:**
CT CORPORATION SYSTEM
At: 3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

FILED: _Aug 3, 2018_

Deputy Clerk: _S/ Matthew Walker_

A True Copy: _Aug 10, 2018_

Deputy Clerk: _Michelle Thompson 15689_

Civil – Statement of Claim & Citation (Interactive Packet-WORD) 09-23-14

ATTACHMENT (DEFENDANT'S COPY)

(Page 9)

 LexisNexis®

LexisNexis Consumer Center
Case Number: ████████

May 19, 2018

GREGORY SWAFFORD
4734 FRANKLIN AVE
NEW ORLEANS, LA 70122

Re: Security Freeze Confirmation

Dear: GREGORY SWAFFORD

Thank you for your request to place a security freeze on your file with LexisNexis Risk Solutions Inc. ("LexisNexis") as provided by law in your state of residence.   This letter is to confirm that a security freeze is now in effect.

The security freeze will prevent LexisNexis from releasing your RiskView report(s) or score(s) derived from the information therein.   You should be aware that using a security freeze may delay, interfere with, or prohibit the timely approval of applications you make for items such as credit, benefits, or insurance underwriting.  A security freeze does not apply to certain users of consumer reports, including those with whom you already have an existing account who request your file for the purpose of reviewing that account.

This security freeze is being placed on your file pursuant to the security freeze laws in your state of residence, Louisiana, specifically, La. Rev. Stat. Ann. § 9:3571.1 as of the date of this letter.  If your state of residence changes, please notify LexisNexis at the number below and request an update to the applicability of your security freeze. This security freeze will remain in place indefinitely until you decide to temporarily or permanently remove the security freeze.   Below you will find a unique Personal Identification Number (PIN) that you will need in the event that you choose to temporarily or permanently remove the security freeze.



Should you wish to remove your security freeze, you must contact us and provide proper identification and your PIN number.

As a service to you, LexisNexis does not charge for security freezes.

If you have any further questions, you may contact the LexisNexis Consumer Center by phone at 888-497-9215. The LexisNexis Consumer Center's hours of operation are Monday – Friday from 8 AM to 7 PM Eastern Standard Time.  In an effort to protect your privacy and deliver prompt service, please have your Case Number (located at the top of this page) accessible when you call our support number.

Thank you for allowing us the opportunity to assist you.

LexisNexis Consumer Center
PO Box 105108
Atlanta, GA 30348-5108

MD508-06-16b

Gmail - Credit Bureau Reporting

Page 1 of 1

 Gmail

gregory swafford <gregoryswafford@gmail.com>

**Credit Bureau Reporting**

Sheila_Booth@laeb.uscourts.gov <Sheila_Booth@laeb uscourts gov>
To: gregory swafford <gregoryswafford@gmail.com>                    Tue, Jul 3, 2018 at 9.47 AM

Dear Mr. Swafford,

Please be advised that the U.S. Bankruptcy Court for the Eastern District of Louisiana does not verify,
confirm or report any information with credit bureaus.

Sheila K. Booth
Clerk of Court
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
504-589-7820

From      gregory swafford <gregoryswafford@gmail com>
To        sheila_booth@laeb uscourts gov
Date      07/03/2018 11 05 AM
Subject   Credit Bureau Reporting

[quoted text hidden]



PO Box 9701
Allen, TX 75013

0014253 01 M6 0431 I A0B0 19 02134 7025 611-14    C01 P4 26-1
GREGORY SWAFFORD
4734 FRANKLIN AVE
NEW ORLEANS LA  70122-6112



## Dispute Results

Report # **3420-0778-64** for **06/05/18**

# GREGORY SWAFFORD

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report*

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT -

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting agency's role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, such as a court or other government office, notifying them of the disputed information and disclosing all relevant information regarding the consumer's dispute. In order to help resolve the consumer's dispute, Experian will review all relevant documents submitted by the consumer with the dispute and will forward such documents to the furnisher if Experian is unable to resolve the issue based on those documents. Consumers may also contact creditors directly to dispute items reported by the creditor. If the issue is not resolved, then the consumer credit reporting agency must offer to include a consumer statement on the personal credit report.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all

relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute: verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.

**Updated** (Your results will indicate which one of the following applies.)

• The information you disputed has been updated. Please review your report for the details.

• The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

• The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

• Information on this item has been updated. Please review your report for the details.

**Processed** - This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

• You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains

0192059004

medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you

• You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

• You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013

• You may file a complaint about Experian or the company reporting the item with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not

**GREGORY SWAFFORD | Report # 3420-0778-64 for 06/05/18**



specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information

Thank you for helping ensure the accuracy of your credit information

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others

**Here are your results**
**We completed the processing of your dispute(s).**

**Public records**

US BKPT CT LA NEW ORLEAN 141227....

Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

## Public Records

**Before dispute**

| US BKPT CT LA NEW ORLEAN | Identification number | Date filed | Claim amount | Status |
|---|---|---|---|---|
| 500 CAMP ST | 141227/EVVM | Aug 2014 | $0 | Chapter 13 bankruptcy dismissed. |
| NEW ORLEANS LA 70130 | **Responsibility** | **Date resolved** | **Liability amount** | This item is scheduled to continue on |
| **(504) 589 6506** | Individual | Nov 2014 | $0 | record until Aug 2021 |
| **Address identification number** | | | | This item remained unchanged from |
| 0445953662 | | | | our processing of your dispute in Apr 2018. |

# Payment History Legend

Current/Terms of agreement met

**CRD** Creditor received deed

**G** Claim filed with government

Account 30 days past due

**FS** Foreclosure proceedings started

**D** Defaulted on contract

Account 60 days past due

**F** Foreclosed

**C** Collection

Account 90 days past due

**VS** Voluntarily surrendered

**CO** Charge off

Account 120 days past due

**R** Repossession

**CLS** Closed

Account 150 days past due

**PBC** Paid by creditor

**ND** No data for this time period

**180** Account 180 days past due

**EC** Insurance claim

*If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your account history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public Records

| | | | | |
|---|---|---|---|---|
| US BKPT CT LA NEW ORLEAN<br>500 CAMP ST<br>NEW ORLEANS LA 70130<br>**(504) 589 6506**<br>**Address identification number**<br>0445953562 | **Identification number**<br>1412279EWM<br>**Responsibility**<br>Individual | **Date filed**<br>Aug 2014<br>**Date resolved**<br>Nov 2014 | **Claim amount**<br>$0<br>**Liability amount**<br>$0 | **Status**<br>Chapter 13 bankruptcy dismissed<br>This item is scheduled to continue on<br>record until Aug 2021<br>This item remained unchanged from<br>our processing of your dispute in Apr<br>2018 |
| US BKPT CT LA NEW ORLEAN<br>500 CAMP ST<br>NEW ORLEANS LA 70130<br>**(504) 589 6506**<br>**Address identification number**<br>0218159313 | **Identification number**<br>1711458EWM<br>**Responsibility**<br>Individual | **Date filed**<br>Jun 2017<br>**Date resolved**<br>Jul 2017 | **Claim amount**<br>Not reported<br>**Liability amount**<br>Not reported | **Status**<br>Chapter 13 bankruptcy dismissed<br>This item is scheduled to continue on<br>record until Jun 2024<br>This item remained unchanged from<br>our processing of your dispute in Apr<br>2018 |

## Credit items

**ENTERGY CORPORATION** Partial account # 10491

PO BOX 6008, NEW ORLEANS  LA 70174 or No phone number available

| | | | |
|---|---|---|---|
| **Date opened**<br>Oct 2012<br>**Address ID #**<br>0445953562<br>**Type**<br>Utility<br>**Responsibility**<br>Individual | **First reported**<br>Apr 2018<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported<br>**Credit limit or original amount**<br>$430<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported<br>**Status**<br>Paid, Closed, $430<br>written off<br>This item was updated<br>from our processing of<br>your dispute in Apr 2018<br>**Date of Status**<br>Apr 2018 | **Payment history** |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | CO | | | | | | | | |

1192059004

## ENTERGY CORPORATION Partial account # 11002

GREGORY SWAFFORD | Report # 3420-0778-64 for 06/05/18
PO BOX 6008  NEW ORLEANS  LA 70174 or No phone number available

| | |
|---|---|
| **Date opened** Sep 2013 | **First reported** Apr 2018 |
| **Address ID #** 0445953662 | **Terms** 1 Months |
| **Type** Utility | **Monthly payment** Not reported |
| **Responsibility** Individual | **Credit limit or original amount** $149 |
| | **High balance** Not reported |

**Recent balance** Not reported
**Status** Paid, Closed $149 written off. This item was updated from our processing of your dispute in Apr 2018
**Date of Status** Apr 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | CO | | | | | | | | |

## FOX COLLECTION CENTER Partial account #

456 MOSS TRL  GOODLETTSVILLE  TN 37072 or (800) 422 2793

| | |
|---|---|
| **Date opened** Nov 2013 | **First reported** Feb 2014 |
| **Address ID #** 0445953662 | **Terms** 1 Months |
| **Original creditor** METROPOLITAN ANESTHESIA | **Monthly payment** Not reported |
| **Type** Collection | **Credit limit or original amount** $274 |
| **Responsibility** Individual | **High balance** Not reported |

**Recent balance** $274 as of May 2018
**Status** Collection account $274 past due as of May 2018. This account is scheduled to continue on record until Apr 2020
**Comment** Account previously in dispute - investigation complete, reported by data furnisher This item was updated from our processing of your dispute in Apr 2018
**Date of Status** Mar 2014

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ND | C | ND | C | C | | | | | | | |
| 2017 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2016 | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | C | C |
| 2015 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2014 | | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

### Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr18 | Feb18 | Dec17 | Nov17 | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Nov16 | Oct16 |
|---|---|---|
| **AB ($)** | 274 | 274 |
| **DPR** | ND | ND |
| **SPA ($)** | ND | ND |
| **AAP ($)** | ND | ND |

The original amount of this account was $274

## Your accounts in good standing These items may stay on your credit report for as long as they are open  Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

## CAPITAL ONE Partial account #

PO BOX 30285  SALT LAKE CITY  UT 84130 or (800) 227 4825

| | |
|---|---|
| **Date opened** Mar 2018 | **First reported** Apr 2018 |
| **Address ID #** 0138563454 | **Terms** Not reported |
| **Type** Credit card | **Monthly payment** $25 |
| **Responsibility** Individual | **Credit limit or original amount** $300 |
| | **High balance** $300 |

**Recent balance** $51 as of May 2018
**Status** Open/Never late
**Date of Status** May 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | OK | OK | | | | | | | |

Your accounts in good standing (continued)

GREGORY SWAFFORD | Report # 3420-0778-64 for 06/05/18

## FIRST PREMIER BANK Partial account #

601 S MINNESOTA AVE   SIOUX FALLS   SD 57104 or (800) 987 5521

| Date opened | First reported | Recent balance |
|---|---|---|
| Sep 2017 | Sep 2017 | $4 as of May 2018 |
| **Address ID #** | **Terms** | **Status** |
| 0138563454 | Not reported | Open/Never late |
| **Type** | **Monthly payment** | **Date of Status** |
| Credit card | $4 | May 2018 |
| **Responsibility** | **Credit limit or original** | |
| Individual | **amount** | |
| | $300 | |
| | **High balance** | |
| | $303 | |
| | **Recent payment** | |
| | $261 | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 | Sep17 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 43 | 295 | 59 | 120 | 0 | 4 | 111 | 303 |
| DPR | Apr20 | Mar19 | Feb20 | Jan20 | Dec21 | Nov20 | Oct20 | ND |
| SPA ($) | 30 | 30 | 30 | 30 | 4 | 4 | 30 | 30 |
| AAP ($) | 280 | 298 | 230 | 268 | 303 | 163 | 200 | ND |

*Between Sep 2017 and Apr 2018, your credit limit/high balance was $300.*

# Defendant's Pamphlet

## Small Claims Division
## of the
## Baton Rouge City Court
P. O. Box 3438
233 St. Louis Street, Room 251
Baton Rouge, LA 70821
(225) 389-3017

www.brgov.com/dept/citycourt

*Presented as a Courtesy
by the*

Baton Rouge City Court
Judges

## LAURA PROSSER
Division A

## KELLI TERRELL TEMPLE
Division B

## TARVALD ANTHONY SMITH
Division C

## YVETTE ALEXANDER
Division D

## JUDY MOORE VENDETTO
Division E

---

opponent(s). Additionally, you may be asked to answer your opponent's questions. The procedure will be more relaxed and informal than an ordinary trial, with the judge or arbitrator asking questions in an effort to understand the case and ascertain the truth.

4. After all of the testimony is taken, the judge or arbitrator will announce the decision regarding which party has won the case and the amount of any judgment, if a sum of money is awarded.

There are times when the judge or arbitrator will not render a decision immediately after the trial but will take the matter "under advisement" in order to conduct research. You will be notified of such a decision by mail. If the case is heard by an arbitrator, you will be notified by receiving an "Award" notice. That Award must then be formalized into a Judgment. Please refer to the Small Claims Pamphlet for that procedure.

A judgment rendered in the Small Claims Division becomes final and executory three days after it is signed or served on the defendant, when service is necessary, unless within that period of time a "MOTION FOR A NEW TRIAL" is filed. This motion would be considered by the judge or arbitrator who tried the case. Remember, there is NO right to appeal from a small claims judgment.

---

### WHERE ELSE CAN I GO FOR INFORMATION?

*Southeast Louisiana Legal Services*
*715 St. Ferdinand Street*
*Baton Rouge, LA 70802*
*Phone (225) 448-0080*
*Toll Free (885) 512-3980*

*Lawyer Referral Service*
*544 Main Street*
*Baton Rouge, LA 70802*
*Phone (225) 344-9926*

*Consumer Credit Counseling Services*
*615 Chevelle Court*
*Baton Rouge, LA 70806*
*Phone (225) 923-2227*

**Dear City Court User:**

Baton Rouge City Court is committed to providing quality and efficient services to those who utilize the judicial process at its facility. The Court is most interested in improving any aspect of the system. Therefore, we are interested in your recommendations, suggestions, or observations in that effort. Those comments can be mailed to me at P. O. Box 3438, Baton Rouge, LA 70821 or e-mailed to alford@brgov.com.

Elzie Alford, Jr.
Clerk of Court/Judicial Administrator
Baton Rouge City Court
(225) 389-5279

---

Civil – Defendants Pamphlet (11-30-17) (Print Landscape)

The papers that you have received mean that the other person is asking the Court to give him or her certain relief known as a judgment. Normally, this relief is a sum of money and is based on the person's claim that you did something or did not do something that has harmed him or her.

If you do ignore these papers, the Court may enter a default judgment against you. This means that the other party can legally and potentially garnish your wages or take your property.

```
┌────────────────────────────┐
│      DO NOT IGNORE          │
│      THESE PAPERS           │
└────────────────────────────┘
```

First, decide if you wish to contest the claims.

You should answer even if you feel you are the wrong defendant or have already arranged payment with the other person. Your answer should be truthful and contain every "defense" you intend to raise. This protects your right to your day in court.

If you decide to contest the case over any issue, you MUST file your answer IN WRITING with the Clerk's office within ten (10) calendar days. IF YOU DO NOT DO SO, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.

This means that you would lose without a chance to tell your side of the story. Come to the Baton Rouge City Court, 233 St. Louis Street, Room 251, (telephone (225) 389-3017). Parking is available, one block south of the Baton Rouge City Court Building.

Your written answer must also be sent to the plaintiff. Either request the court in writing to serve the answer on the plaintiff or mail a copy of the answer to the plaintiff and file a certificate with the court stating that you mailed a copy to the plaintiff.

Second, decide if you wish to hire an attorney to represent you.

Lastly, decide if you wish to transfer the case to the regular civil docket. Such a transfer would enable you to preserve your right to appeal any unfavorable judgment. However, the informal procedures of the small claims court would no longer apply. Note the time limitation of ten (10) calendar days after service to request that transfer, and a filing fee of $50.00 must be paid.

```
┌────────────────────────────┐
│   POSSIBLE "DEFENSES"       │
│       INCLUDE:              │
└────────────────────────────┘
```

- No jurisdiction or improper "venue" (wrong court);

- Contributory negligence (negligence on the part of the plaintiff);

- Discharge in bankruptcy;

- Error or mistake;

- Previous compromise or Payment of an obligation;

- Excessive damages claimed.

If you believe you have a claim of your own against the party suing you, you may include it in your answer. The plaintiff must be served with this "counterclaim" or "reconventional demand" before the trial. The defendant (plaintiff-in-reconvention) must pay a basic filing fee of $74.50 for one defendant in reconvention and $35.00 for each additional defendant in reconvention for each service within the city limits.

```
┌────────────────────────────┐
│   WHAT HAPPENS AT           │
│     THE TRIAL?              │
└────────────────────────────┘
```

1. Arrive early and bring all your papers with you. If you are the party being sued and arrive late, or do not appear at all, a judgment could be entered against you. In other words, YOU MAY LOSE WITHOUT A HEARING.

2. If you are being sued and the other party is not there, you may ask that the case against you be dismissed (so you would win the case).

3. You will have the opportunity at trial to present your witnesses and evidence, and the opportunity to question your

EXHIBIT B

## CT Corporation

**Service of Process Transmittal**
08/13/2018
CT Log Number 533868080



| | |
|---|---|
| **TO:** | Jason Engel, Senior Vice President & General Counsel<br>Experian<br>475 Anton Blvd Bldg D<br>Costa Mesa, CA 92626-7037 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Experian Information Solutions, Inc.  (Domestic State: OH) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gregory Swafford, Pltf. vs. Experian Information Solutions, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | CITATION(S), ANSWER, LETTER(S), ATTACHMENT(S) |
| **COURT/AGENCY:** | BATON ROUGE CITY COURT (East Baton Rouge Parish), LA<br>Case # 1805603E |
| **NATURE OF ACTION:** | Section 611 of the Fair Credit Reporting Act (FCRA) |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/13/2018 at 11:30 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 10 calendar days (Document may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Gregory Swafford<br>4734 Franklin Avenue<br>New Orleans, LA 70122<br>504-638-2019 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780122715074 |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |

Page 1 of  1 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.