UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY SWAFFORD

VERSUS

EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.

CIVIL ACTION

NO. 18-789-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 25, 2019, to which no opposition was filed;

**IT IS ORDERED** that the Plaintiff's claims against Equifax Information Services, Inc. and LexisNexis Risk Solutions, Inc. only are dismissed for failure to prosecute pursuant to Local Civil Rule 41(b).

**IT IS FURTHER ORDERED** that, pursuant to Local Civil Rule 41(b)(3), on the motion of Plaintiff filed within (30) days, and upon a showing of good cause, the Court may consider reinstatement of Plaintiff's claims against Equifax Information Services, Inc. and LexisNexis Risk Solutions, Inc.

Signed in Baton Rouge, Louisiana, on August 13, 2019.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**